## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed-Certificates, Series 2006-PC1** | **Case No. 1:07-cv-2997** |
| **Plaintiff,** | **Judge Solomon Oliver, Jr** |
| **vs.** | **JUDGMENT** |
| **Juanita Davis, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE SOLOMON OLIVER, JR

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: __1/28/2008_____

/s/SOLOMON OLIVER, JR._____
Judge Solomon Oliver, Jr
UNITED STATES DISTRICT JUDGE

E42

G:\Cases - TM\07-25544\Motion for Default Judgment-071219-CEM.wpd